UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNATHAN K'SHAWN JONES | CIVIL ACTION |
| VERSUS | NO. 22-845 |
| TPCJC MEDICAL EMT STAFF UNDER ADMINISTRATION OF RICHARD "PETIE" NEAL | SECTION "I" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Johnathan K'Shawn Jones' 42 U.S.C. § 1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to FED. R. CIV. PROC. 41(b).

New Orleans, Louisiana, this 31st day of October, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE